IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNIOR FORDE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-5823 |
| | : | |
| THE HOME DEPOT, et al. | : | |

### ORDER

AND NOW, this 20th day of December, 2011, it is ORDERED Defendants Cheltenham Township Police Officer Brian Hopkins, Cheltenham Township Chief of Police John J. Norris, and Township of Cheltenham's (the Cheltenham Defendants) Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document 4) is GRANTED.  All claims against the Cheltenham Defendants are DISMISSED with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.